## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ORA JEAN ADAMS** | * | **CIVIL ACTION NO. 2:21-cv-694** |
| *Plaintiff* | * | |
| | * | **SECTION "E" (4)** |
| **VERSUS** | * | |
| | * | **DISTRICT JUDGE SUSIE MORGAN** |
| **EAGLE, INC., ET AL** | * | |
| **Defendants** | * | **MAGISTRATE KAREN ROBY** |
| | * | |
| | * | |

**************************************************************************************

### ORDER

Considering the above and foregoing Joint Motion to Dismiss With Prejudice filed by Plaintiff and Defendant, The McCarty Corporation;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiffs against Defendant, The McCarty Corporation only, are hereby dismissed with prejudice, with each party to bear its own costs, and specifically reserving to Plaintiff all rights, claims, and causes of action which she may have against all other parties, defendants, and obligors whether named or unnamed in this litigation.

**New Orleans, Louisiana, this 7th day of July, 2021.**


_____
HONORABLE SUSIE MORGAN
DISTRICT JUDGE, UNITED STATES DISTRICT COURT

01010667-1   1