UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ORA JEAN ADAMS | CIVIL ACTION NO. 2:21-cv-00694 |
| VERSUS | SECTION E |
| EAGLE, INC., ET AL. | JUDGE MORGAN |
| | MAGISTRATE JUDGE ROBY |

**ORDER**

Considering the foregoing Joint Motion to Dismiss Party;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All claims by the Plaintiff, Ora Jean Adams, against the Defendant, State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, on behalf of Medical Center of Louisiana at New Orleans, are dismissed without prejudice and with each party to bear its own costs.

**New Orleans, Louisiana this 15th day of July, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**