UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORA JEAN ADAMS | * | |
| | * | CIVIL ACTION NO. 2:21-cv-694 |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| EAGLE, INC., ET AL. | * | |
| | * | MAGISTRATE JUDGE |
| | * | KAREN ROBY |
| Defendants | * | |

**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT,** by and through undersigned counsel, comes plaintiff, Ora Jean Adam, who files this First Supplemental and Amended Complaint and respectfully shows unto the Court for the following:

I.

For the purpose of adding the following Defendants:

1. **HOPEMAN BROTHERS, INC.**
This defendant is being sued as a seller/supplier/product/manufacturer/contractor defendant

2. **LIBERTY MUTUAL INSURANCE COMPANY**
**Individually, and as insurer of Wayne Manufacturing Corp.**
This defendant is being sued as a seller/supplier/product/manufacturer/contractor defendant.

II.

For the purpose of adding and supplementing paragraphs 2(B)(7 & 8) of the original petition to add the following:

7. **HOPEMAN BROTHERS, INC.**
**This defendant is being sued as a seller/supplier/product/manufacturer/contractor defendant**

8. **LIBERTY MUTUAL INSURANCE COMPANY**
**Individually, and as insurer of Wayne Manufacturing Corp.**
**This defendant is being sued as a seller/supplier/product/manufacturer/contractor defendant.**

III.

The Plaintiff reiterates all other matters contained in the Original Petition for Damages including the prayer of the original petition as though set forth at length herein.

**WHEREFORE**, the petitioners pray that, after due proceedings had, there be judgment herein in favor of Plaintiffs and against the defendants as originally prayed for herein, jointly,

severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Dated: August 16, 2021

        Respectfully submitted,

        BARON & BUDD, P.C.
        2600 CitiPlace Drive, Suite 400
        Baton Rouge, LA 70808
        Tel:  (225) 927-5441
        Fax:  (225) 927-5449

        */s/Kristopher L. Thompson*
        David R. Cannella (Bar Roll No. 26231)
        Christopher C. Colley (Bar Roll No. 30322)
        Benjamin D. Rumph (Bar Roll No. 37851)
        Kristopher L. Thompson (Bar Roll No. 37898)
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was this 16th day of August, 2021 served upon all counsel in accordance with the Federal Rules of Civil Procedure.

        */s/Kristopher L. Thompson*
        Kristopher L. Thompson

## SERVICE LIST

**PLEASE SERVE THE FOLLOWING DEFENDANTS WITH PLAINTIFF'S ORIGINAL PETITION FOR DAMAGES, AND FIRST SUPPLEMENT AND AMENDMENT:**

1. LIBERTY MUTUAL INSURANCE COMPANY
   Through its agent for service:
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

2. HOPEMAN BROTHERS, INC.
   (Via the Louisiana Long Arm Statute)
   AWAH Corporation
   435 Essex Ave., Suite 101
   Waynesboro, Virginia 22980