UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORA JEAN ADAMS, | * | |
| | * | CIVIL ACTION NO. 2:21-cv-00694 |
| Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE: SUSIE MORGAN |
| | * | |
| | * | MAG. JUDGE: KAREN ROBY |
| EAGLE, INC., ET AL, | * | |
| Defendants | * | |

## ORDER

Considering the *Motion to Dismiss Third-Party Demand Without Prejudice* filed by Huntington Ingalls Incorporated:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion is **GRANTED**. The Third-Party Demand of Huntington Ingalls Incorporated against The State of Louisiana, through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, on behalf of the Medical Center of Louisiana at New Orleans (a/k/a Charity Hospital) is hereby **dismissed, without prejudice**, with each party to bear their own costs. Huntington Ingalls Incorporated reserves all of its rights against all other defendants, cross-claim defendants, third-party defendants, solidary obligors, and any other persons and/or entities not specifically dismissed herein.

**New Orleans, Louisiana, this 18th day of August, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

00806324