UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORA JEAN ADAMS,<br>　　　　Plaintiff<br><br>VERSUS<br><br>EAGLE, INC., ET AL.,<br>　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 2:21-cv-00694<br><br>JUDGE SUSIE MORGAN<br><br>MAG. JUDGE KAREN ROBY |

## ORDER

Considering the *Motion to Dismiss Cross-Claims Without Prejudice* filed by Huntington Ingalls Incorporated (R. Doc. 63):

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The cross-claims asserted by Huntington Ingalls Incorporated against Eagle, Inc. and The McCarty Corporation are hereby dismissed, *without prejudice*, with each party to bear their own costs, and with Huntington Ingalls Incorporated reserving all of its rights against all other defendants, cross-claim defendants, third-party defendants, solidary obligors, and any other persons and/or entities not specifically dismissed herein.

**New Orleans, Louisiana, this 4th day of April, 2022.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

00843115