UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORA JEAN ADAMS                                CIVIL ACTION NO. 2:21-cv-00694

VERSUS                                        SECTION M (2)

EAGLE, INC., ET AL                            DISTRICT JUDGE SUSIE MORGAN

                                              MAGISTRATE JUDGE KAREN WELLS
                                              ROBY

## ORDER

   **IT IS ORDERED** that the claims of Third-Party Plaintiff, Huntington Ingalls Incorporated, against Third-Party Defendant, General Electric Company, be **DISMISSED** without prejudice, and with each party to bear its own costs, specifically reserving to Huntington Ingalls Incorporated all rights to prosecute claims and/or actions against all other defendants, third parties, solidary obligors, and other persons and/or entities.

   **New Orleans, Louisiana, this 18th day of July, 2022.**

                                    _____
                                              SUSIE MORGAN
                                    UNITED STATES DISTRICT JUDGE