# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ORA JEAN ADAMS | CIVIL ACTION NO. 2:21-cv-00694 |
| VERSUS | SECTION M (2) |
| EAGLE, INC., ET AL | DISTRICT JUDGE SUSIE MORGAN |
| | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

**IT IS ORDERED** that the claims of Third-Party Plaintiff, Huntington Ingalls Incorporated, against Third-Party Defendant, Foster Wheeler LLC, be **DISMISSED** without prejudice, and with each party to bear its own costs, specifically reserving to Huntington Ingalls Incorporated all rights to prosecute claims and/or actions against all other defendants, third parties, solidary obligors, and other persons and/or entities.

**New Orleans, Louisiana, this 18th day of July, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**