# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ORA JEAN ADAMS** | * | **CIVIL ACTION NO. 2:21-cv-00694** |
| *Plaintiff* | * | |
| | * | **JUDGE:  SUSIE MORGAN** |
| **VERSUS** | * | |
| | * | |
| **EAGLE, INC., ET AL** | * | **MAG. JUDGE: KAREN ROBY** |
| *Defendants* | * | |

**************************************************************************

## NOTICE OF SETTLEMENT

**NOW INTO COURT**, comes defendant, Taylor-Seidenbach, Inc., a Louisiana Corporation, with its principal place of business in Louisiana, who files this Notice to notify the Court that Taylor-Seidenbach, Inc. and Plaintiff, **Ora Jean Adams**, have agreed in principle to settle the disputes between them in the above-captioned matter. Counsel for parties are in the process of preparing and finalizing the Settlement Agreement and a Stipulated Joint Dismissal ("Agreement").  Following the finalization of the Agreement, the Joint Dismissal will be filed with the Court.

Respectfully submitted,

**Hailey, McNamara, Hall, Larmann & Papale, L.L.P.**


BY: __s// C. Kelly Lightfoot__
C. KELLY LIGHTFOOT, #17027
klightfoot@hmhlp.com
EDWARD J. LASSUS, JR., #08116
elassus@hmhlp.com
3445 N. Causeway Blvd., Suite 800
Metairie, LA  70002
P. O. Box 8288
Metairie, LA  70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
**Counsel for Defendant,
Taylor-Seidenbach, Inc.**


### CERTIFICATE OF SERVICE

I do hereby certify that I have on this **16th** day of **August 2022**, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by e-mailing, faxing or by mailing the same by United States Mail, properly addressed, and first-class postage prepaid.

*s// C. Kelly Lightfoot*