# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ORA JEAN ADAMS,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-694** |
| **EAGLE, INC., ET AL.,**  Defendants | **SECTION: "E" (4)** |

## ORDER OF DISMISSAL

The Court having been advised by counsel for Huntington Ingalls Incorporated ("Huntington") that Huntington has dismissed its third party claims against Hopeman Brothers Inc., Liberty Mutual Insurance Company, International Paper Company, Manville Personal Injury Settlement Trust, Uniroyal Holding, Inc., Bayer CropScience, Inc., and ViacomCBS Inc. Further, Huntington also has dismissed its cross claim against Taylor-Seidenbach, Inc. Accordingly;

**IT IS ORDERED** that this action is hereby dismissed against the Third Party Defendants and Cross Defendant as named above, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 9th day of September, 2022.

*Susie Morgan*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE